**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILLIAM A. KENNEDY III, M.D. and WILLIAM A. KENNEDY III MD PLLC,<br><br>*Plaintiffs*,<br><br>-against-<br><br>UNITEDHEALTH GROUP INCORPORATED, UNITEDHEALTHCARE INSURANCE COMPANY OF NEW YORK, UNITEDHEALTHCARE OF NEW YORK, INC., OXFORD HEALTH PLANS (NY), INC., and OXFORD HEALTH INSURANCE, INC.,<br><br>*Defendants*. | ORAL ARGUMENT REQUESTED<br><br>Case No. 25-Civ.-432 (PAE)<br><br>Hon. Paul A. Engelmayer |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying Declaration of Robert Keefe and the exhibits attached thereto; the accompanying Memorandum of Law; and all other submissions and proceedings in this action, Defendants UnitedHealthcare Group Incorporated, UnitedHealthcare Insurance Company of New York, UnitedHealthcare of New York, Inc., Oxford Health Plans (NY), Inc., and Oxford Health Insurance, Inc., by and through their undersigned attorneys, will move this Court, before the Honorable Paul A. Engelmayer at the Thurgood Marshall United States Courthouse, Courtroom 1305, 40 Foley Square New York, NY 10007, at a date and time to be determined by the Court, for an order pursuant to Federal Rules of Civil Procedure 12(b)(6) dismissing the Complaint filed by Plaintiffs William A. Kennedy III, M.D. and William A. Kennedy III MD PLLC, or, in the alternative, pursuant to Rule 12(f) striking Plaintiffs' punitive damages demand.

Dated: January 29, 2025                              Respectfully submitted,

/s/ David Barillari

David Barillari
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Phone: (212) 446-2300
Fax: (212) 446-2350
Email: dbarillari@bsfllp.com

Robert Keefe (*pro hac vice pending*)
BOIES SCHILLER FLEXNER LLP
100 SE Second Street, Ste. 2800
Miami, FL 33131
Phone: (305) 357-8416
Fax: (305) 539-1307
Email: rkeefe@bsfllp.com

Cameron C. Miller (*pro hac vice forthcoming*)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, D.C. 20005
Phone: (202) 237-2727
Fax: (202) 237-6131
Email: cmiller@bsfllp.com

*Counsel for Defendants UnitedHealth Group Incorporated, UnitedHealthcare Insurance Company of New York, UnitedHealthcare of New York, Inc., Oxford Health Plans (NY), Inc., and Oxford Health Insurance, Inc.*